# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 22-00395-5-JNC |
| Case Name: | TEMPLE, DAVID ALLEN AND TEMPLE, SHERYL LYNN |
| Primary Taxpayer ID #: | **-***6978 |
| Co-Debtor Taxpayer ID #: | **-***6979 |

| | |
|---|---|
| Trustee Name: | John C. Bircher III |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0012 |
| Account Title: | John C. Bircher III, Ch 12 Trustee for David and Sheryl Temple |

| | |
|---|---|
| For Period Beginning: | 1/1/2025 |
| For Period Ending: | 3/31/2025 |

Blanket bond (per case limit): $2,000,000.00
Separate bond (if applicable):

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $0.00 | $0.00 | $90,912.87 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 1/1/2025 to 3/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/18/2022 to 3/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $480,733.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $480,733.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $389,820.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $389,820.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 22-00395-5-JNC |
| **Case Name:** | TEMPLE, DAVID ALLEN AND TEMPLE, SHERYL LYNN |
| **Primary Taxpayer ID #:** | **-***6978 |
| **Co-Debtor Taxpayer ID #:** | **-***6979 |
| **For Period Beginning:** | 1/1/2025 |
| **For Period Ending:** | 3/31/2025 |

| | |
|---|---|
| **Trustee Name:** | John C. Bircher III |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0012 |
| **Account Title:** | John C. Bircher III, Ch 12 Trustee for David and Sheryl Temple |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $0.00 | $0.00 | $90,912.87 |

**For the period of 1/1/2025 to 3/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/23/2022 to 3/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $480,733.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $480,733.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $389,820.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $389,820.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. BIRCHER III

JOHN C. BIRCHER III